**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIAM DANIELYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MERCEDES-BENZ USA LLC, et al.,<br><br>　　　　Defendants. | Case No. CV 24-2918 FMO (MAAx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

　　Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendants Mercedes-Benz USA, LLC and Sonica Santa Monica M, Inc. shall pay plaintiff Mariam Danielyan attorney's fees in the amount $25,344 and costs in the amount of $1,764.34.

Dated this 18th day of June, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge